IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : | |
| This Document Relates To: | : | CONSOLIDATED UNDER MDL 875 |
| RICHARD E. ANDERSON, and LILLIAN M. ANDERSON, husband and wife, | : | CIVIL ACTION NO. 10-cv-61118 |
| Plaintiffs | : | Transferred from the Western District of Washington |
| v. | : | |
| SABERHAGEN HOLDINGS, INC.,, et al. | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 16th day of February, upon consideration of Defendant Salmon Bay Sand and Gravel Co.'s "Motion to Preclude Certain Testimony of Experts Sam Hammar, MD, Andrew Brodkin, MD, and Arnold Brody, MD" (Doc. 41), Plaintiff's Response (Doc. 49) and Defendant's Reply (Doc. 80), and following upon oral argument on November 18, 2010 (Doc. 91), **IT IS HEREBY ORDERED** that Defendant's motion is **DENIED** for the reasons set out in the Memorandum Opinion entered this day.

BY THE COURT:

/s/ David R. Strawbridge
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE